92 F.3d 1170
 Edward G. Craw
v.
Martin Horn, Commissioner of Pennsylvania Department of
Corrections, John R. Stepanik, as Superintendent of
Pennsylvania State Correctional Institute at Dallas, James
Pall, Official Capacity as Institutional Chaplaincy Program
Director at Pennsylvania State Correctional Institution as
Dallas, various Unidentified Officers, Employees, Agents of
Pennsylvania Department of Corrections
 NO. 96-7128
 United States Court of Appeals,
Third Circuit.
 July 15, 1996
 
 Appeal From: M.D.Pa., No. 95-00994,
 Kosik, J.
 
 
 1
 AFFIRMED.